**DISMISS; and Opinion Filed September 29, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00090-CV

**CHELSEA L. DAVIS, Appellant**
**V.**
**HARLAN R. CROW, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC13-14479**

## MEMORANDUM OPINION

Before Justices Francis, Myers, and Lewis
Opinion by Justice Francis

Appellant's brief in this case was due August 1, 2014. When appellant failed to file her brief, we notified her, by postcard dated August 4, 2014, that the time had expired and directed her to file her brief along with an extension motion within ten days. We cautioned that the failure to file her brief and extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed her brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of her brief or this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3 (b), (c).


/Molly Francis/
MOLLY FRANCIS
JUSTICE

140090F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

CHELSEA L. DAVIS, Appellant

No. 05-14-00090-CV      V.

HARLAN R. CROW, Appellee

On Appeal from the 68th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC13-14479.
Opinion delivered by Justice Francis,
Justices Myers and Lewis participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee HARLAN R. CROW recover his costs of this appeal, if any, from appellant CHELSEA L. DAVIS.

Judgment entered this 29th day of September, 2014.